[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 16-15670
Non-Argument Calendar
_____

D.C. Docket No. 1:16-cr-00015-CG-N-2


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOSE SOLIS,

Defendant-Appellant.


_____

Appeal from the United States District Court
for the Southern District of Alabama
_____

(January 9, 2018)

Before WILLIAM PRYOR, JULIE CARNES and HULL, Circuit Judges.

PER CURIAM:

Andrew M. Jones, appointed counsel for Jose Solis in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Solis's conviction and sentence are **AFFIRMED**.